TUTTLE CORPORATION, Appellant, v. THE PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin and Burr, JJ.

ROSE WARTSKY, an Infant, by MAX WARTSKY, Her Guardian ad Litem, Respondent, v. AARON WARTSKY, Appellant.— Order reversed, with costs, and motion denied; the verdict reinstated, and judgment directed to be entered thereon. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ROSE LIPSHITZ, Respondent, v. METROPOLITAN ROOFING MATERIALS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ANNA RUBINSTEIN, Respondent, v. LOUIS M. ROSENTHAL, Defendant, Impleaded with ADELA FUCHS, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ALEXANDER A. MAYPER, Respondent, v. KENNETH D. HARLAN, Appellant.— Determination appealed from and order of the City Court reversed, with costs and disbursements to appellant in this court and in the Appellate Term, and motion granted, upon the authority of *Lanyon's Detective Agency, Inc.*, v. *Cochrane* (240 N. Y. 274). If application is properly made the case will be certified to the Court of Appeals. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

GIUSEPPE PREVITE, Respondent, v. PATRICK McGOVERN, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the defendant was entitled to a request to charge so that the jury would have before them the principle of law requiring the defendant to have had either actual or constructive notice of the defect claimed, where there is no claim that the platform was defectively constructed. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ELFRIDA MELLISH, Appellant, v. ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Martin and Burr, JJ.

LOUIS SCOVOTTI, an Infant, etc., by His Mother, MARY SCOVOTTI, His Guardian ad Litem, Appellant, v. HARRY M. SCHAIVETZ, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ROSARIO SCOVOTTI, Appellant, v. HARRY M. SCHAIVETZ, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Substituted Trustee under the Last Will and Testament of ANDREW L. IRELAND, Deceased, etc., Respondent, v. ROBERT L. IRELAND, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MAX KAUFMANN & Co., INC., Appellant, v. EAGLE TRADING Co., INC., and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.